(136 So. 846)

### TEXAS CO. v. B. D. PARKER.

### 7 Div. 69.

Supreme Court of Alabama.

Oct. 8, 1931.

O. R. Hood, of Gadsden, and Bradley, Baldwin, All & White, of Birmingham, for petitioner.

Dortch, Allen & Dortch, of Gadsden, for respondent.

PER CURIAM.

Petition of the Texas Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Texas Co. v. Parker, 136 So. 845.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.